UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Judgment Creditor,<br><br>  v.<br><br>BENITO CHINEA,<br><br>    Judgment Debtor,<br><br>and<br><br>FIDELITY MANAGEMENT TRUST COMPANY,<br><br>    Third-Party Respondent. | 14 CR 240 (DLC)<br><br>**NOTICE OF MOTION**<br>**FOR TURNOVER ORDER** |

PLEASE TAKE NOTICE that the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, with notice to the judgment debtor, BENITO CHINEA, moves before the Honorable Denise L. Cote, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York, pursuant to 18 U.S.C. § 3613, Federal Rule of Civil Procedure 69(a)(1), and N.Y. CPLR § 5225(b), upon the accompanying declaration and memorandum of law, to enter a turnover order directing the respondent, Fidelity Management Trust Company, to liquidate securities as needed to turnover $20,449.00 to the Clerk of Court to satisfy the outstanding fine.

Dated: New York, New York
    September 25, 2023

            Respectfully submitted,

            DAMIAN WILLIAMS
            United States Attorney

      By: */s/ Melissa A. Childs*
         MELISSA A. CHILDS
         Assistant United States Attorney
         86 Chambers Street, 3rd Floor
         New York, New York 10007